OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

LINDA L. JACOBSON
   CLERK

☒ Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, Maine 04101
Direct Tel.: (207) 780-3363 Ext. 2211
(207) 780-3356

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, ME 04402
(207) 945-0575

October 1, 2009

Terry Harding, Clerk of Court
Hancock County Superior Court
50 State Street
Ellsworth ME 04605

RE: **DAVID HOFFMAN, et al. v. STATE OF CONNECTICUT, et al.
D/ME CIVIL DOCKET NO. 09-79-B-H
SUPERIOR COURT DOCKET NO. 09-04**

Dear Clerk of Court:

Enclosed please find the file on remand in the above-entitled matter. On September 30, 2009 U.S. District Judge D. Brock Hornby entered an order remanding the case to State Court.

I have enclosed certified copies of the pleadings and a certified copy of the docket sheet.

Sincerely,
LINDA L. JACOBSON, CLERK

BY:   /s/ Melody Whitten
        Melody Whitten
        Case Manager